FILED
WILKES-BARRE
07/17/2019
2019 JUL 17 PM 1:53
CLERK U.S. BANKRUPTCY COURT

Dear Judge,

I am writing this letter to ask for a dismissal on my Bankruptcy case. I tried to file on my own, since I couldn't afford a lawyer. I have found this process too difficult to do without a lawyer. As for now my family has offered to help me. I thank you for your time and attention on this matter.

Sincerely,

[signature]

Case # 5:19-bk-02032-RNO