```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 19-02032-RNO
Anthony Capasso, Jr                                                 Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: LyndseyPr         Page 1 of 1         Date Rcvd: Aug 29, 2019
                            Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db        +Anthony Capasso, Jr,   278 Denise Lane,   East Stroudsburg, PA 18302-8282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
     James  Warmbrodt   on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
     John J Martin (Trustee)    pa36@ecfcbis.com,  trusteemartin@martin-law.net
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                             TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ANTHONY CAPASSO, JR

| | |
|---|---|
| Chapter: | 7 |
| Case No.: | 5-19-bk-02032 RNO |
| Document No.: | 28 |
| Nature of Proceeding: | Motion to Dismiss |

## ORDER

After due consideration of the Debtor's Motion to Dismiss Case filed to Docket No. 28, after hearing held on August 29, 2019, it is

ORDERED that the Debtor must, within twenty-one (21) days of the date of this Order, file the following completed Schedules:

Schedule A/B – Property

Schedule D – Creditors Who Have Claims Secured by Property; and,

FURTHER ORDERED that hearing on the Motion to Dismiss is CONTINUED to **October 17, 2019**, at **9:30 a.m.**, in Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

August 29, 2019

Order – Blank without Parties - Revised 04/18