```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 19-02032-RNO
Anthony Capasso, Jr                                             Chapter 7
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: MMchugh              Page 1 of 1               Date Rcvd: Sep 05, 2019
                              Form ID: ntnew341          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
```
db              +Anthony Capasso, Jr,    278 Denise Lane,    East Stroudsburg, PA 18302-8282
5197079          Bank of America,    PO Box 15019,    Wilmington DE 19850-5019
5197078         +Carrington Mortgage Services LLC,    PO Box 79001,    Phoenix AZ 85062-9001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 05 2019 19:26:36
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2019 19:38:12
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5204114         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 05 2019 19:26:13
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5203258          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2019 19:21:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5198310         +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2019 19:26:13     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5197080          P.C Richards and Sons Credit,    My Sychrony
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              John J. Martin    on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Anthony Capasso Jr,      Chapter 7

**Debtor 1**

Case No.     5:19−bk−02032−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Council Chambers, 2nd Floor, Borough Municipal Building, 700 Sarah Street, Stroudsburg, PA 18360 | Date: October 2, 2019 <br> Time: 10:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 5, 2019 |

ntnew341 (04/18)