```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 19-02032-RNO
Anthony Capasso, Jr                                            Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5      User: MMchugh               Page 1 of 1           Date Rcvd: Sep 06, 2019
                          Form ID: ntasset            Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
```
db            +Anthony Capasso, Jr,    278 Denise Lane,    East Stroudsburg, PA 18302-8282
5197078       +Carrington Mortgage Services LLC,    PO Box 79001,    Phoenix AZ 85062-9001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: AISACG.COM Sep 06 2019 23:28:00       Capital One Auto Finance, a division of Capital On,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr            +EDI: PRA.COM Sep 06 2019 23:28:00       PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
5197079        EDI: BANKAMER.COM Sep 06 2019 23:28:00       Bank of America,    PO Box 15019,
               Wilmington DE 19850-5019
5204114       +EDI: AISACG.COM Sep 06 2019 23:28:00       Capital One Auto Finance, a division of,
               AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5203258        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2019 19:23:28
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
5198310       +EDI: RMSC.COM Sep 06 2019 23:28:00       Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5197080        P.C Richards and Sons Credit,    My Sychrony
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
```
              James    Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Anthony Capasso Jr,<br>**Debtor 1** | Chapter 7<br><br>Case No. 5:19–bk–02032–RNO |

Social Security No.:
xxx–xx–2901

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **December 6, 2019**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self–addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MMchugh, Deputy Clerk

Date: September 6, 2019

ntasset(B204)(05/18)