Debtor 1: **Anthony** **Capasso, Jr.**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ___
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known): **5:19-bk-02032**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1.
**278 Denise Lane**
Street address, if available, or other description

**East Stroudsburg**   **PA**   **18302**
City / State / ZIP Code

**Monroe**
County

**278 Denise Lane, East Stroudsburg, PA 18302**

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other ___

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **9/17/B/1/44**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $175,550.00
**Current value of the portion you own?** $87,775.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by Entireties**

☐ Check if this is community property (see instructions)

| Debtor 1 | Anthony Capasso, Jr. | | Case number (if known) | 5:19-bk-02032 |
|---|---|---|---|---|

**1.2.**

**1942 Chatterton Ave**
Street address, if available, or other description

**Bronx**      **NY**    **10472**
City          State     ZIP Code

**Bronx**
County

**1942 Chatterton Ave, Bronx, NY 10472**
**4 bedroom Single-family Hone**

**What is the property?** Check all that apply.
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **$450,000.00**

**Current value of the portion you own?**    **$450,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here .......................... →    **$537,775.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☒ Yes

**3.1.**
Make: **Subaru**
Model: **Legacy**
Year: **2016**
Approximate mileage: **186,000**
Other information:
**2016 Subaru Legacy (approx. 186,000 miles)**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **$10,000.00**

**Current value of the portion you own?**    **$5,000.00**

**3.2.**
Make: **Mitsubishi**
Model: **Mirage**
Year: **2018**
Approximate mileage: **18,000**
Other information:
**2018 Mitsubishi Mirage (approx. 18,000 miles)**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **$12,000.00**

**Current value of the portion you own?**    **$12,000.00**

Debtor 1    Anthony Capasso, Jr.                                    Case number (if known) 5:19-bk-02032

**3.3.**
Make: **Jeep**
Model: **Wrangler**
Year: **2004**
Approximate mileage: **168,754**
Other information:
**2004 Jeep Wrangler (approx. 168,754 miles)**

Who has an interest in the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,500.00**
Current value of the portion you own? **$1,500.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................... → **$18,500.00**

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe..... **Misc. household goods and furnishings**      **$2,000.00**

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe..... **Misc. electronics (TVs, Cell Phones, Computers & related items)**    **$800.00**

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ☒ Yes. Describe..... **9mm Handgun**      **$350.00**

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☒ Yes. Describe..... **Clothes, shoes & Apparel.**      **$300.00**

Debtor 1   **Anthony Capasso, Jr.**                              Case number (if known)   **5:19-bk-02032**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☒ Yes. Describe..... **Weddding bank & milsc minor items.**                                        **$200.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☒ No
    - ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☒ No
    - ☐ Yes. Give specific information............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................** → **$3,650.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ☒ Yes.................................................................................................................. Cash: ......................... **$86.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    - ☐ No
    - ☒ Yes............................ Institution name:

    | | | | |
    |---|---|---|---|
    | 17.1. | Checking account: | **Checking account** **PNC Bank** | **$45.00** |
    | 17.2. | Checking account: | **Checking account** **ESSA Bank & Trust** | **$2,104.00** |
    | 17.3. | Savings account: | **Savings account** **Capital One** | **$225.00** |
    | 17.4. | Other financial account: | **Other financial account** **Merrill Edge** | **$897.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    - ☒ No
    - ☐ Yes............................ Institution or issuer name:

Debtor 1  Anthony Capasso, Jr.                     Case number (if known) 5:19-bk-02032

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    - ☑ No
    - ☐ Yes. Give specific information about them........................ Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    - ☑ No
    - ☐ Yes. Give specific information about them........................ Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    - ☐ No
    - ☑ Yes. List each account separately.  Type of account:       Institution name:

      Pension plan:  **Local 202 Teamsters Union**
      **Defined benefits Plan**
      **Not property of Estate per 11 USC Section 541**            Unknown

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    - ☑ No
    - ☐ Yes............................             Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    - ☑ No
    - ☐ Yes............................  Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ☑ No
    - ☐ Yes............................  Institution name and description. Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ☑ No
    - ☐ Yes. Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☑ No
    - ☐ Yes. Give specific information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☑ No
    - ☐ Yes. Give specific information about them

Debtor 1    Anthony Capasso, Jr.      Case number (if known)   5:19-bk-02032

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ☒ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...............

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☒ No
- ☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☒ No
- ☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☒ No
- ☐ Yes. Name the insurance company of each policy and list its value................ Company name:     Beneficiary:     Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
- ☒ No
- ☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☒ No
- ☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☒ No
- ☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**
- ☒ No
- ☐ Yes. Give specific information

Debtor 1    Anthony Capasso, Jr.                              Case number (if known)  5:19-bk-02032

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................ ➔  $3,357.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe..  _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe..  _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe..  _____

41. **Inventory**

    ☑ No
    ☐ Yes. Describe..  _____

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe..... Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe....  _____

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here........................................................................ ➔  $0.00

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

Debtor 1  **Anthony Capasso, Jr.**　　　　　　　　　　　　　　　　Case number (if known)　**5:19-bk-02032**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here........................................................................→  $0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** Add the dollar value of all of your entries from Part 7. Write that number here............................→  $0.00

Debtor 1  **Anthony Capasso, Jr.**  Case number (if known)  **5:19-bk-02032**

## Part 8: List the Totals of Each Part of this Form

| | | |
|---|---:|---:|
| 55. Part 1: Total real estate, line 2.................................................................................................. ➔ | | $537,775.00 |
| 56. Part 2: Total vehicles, line 5 | $18,500.00 | |
| 57. Part 3: Total personal and household items, line 15 | $3,650.00 | |
| 58. Part 4: Total financial assets, line 36 | $3,357.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 + | $0.00 | |
| 62. Total personal property.  Add lines 56 through 61................. | $25,507.00 | Copy personal property total ➔ + $25,507.00 |
| 63. Total of all property on Schedule A/B.  Add line 55 + line 62................................................................ | | **$563,282.00** |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Anthony** | **Capasso, Jr.** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:19-bk-02032**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt     04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**278 Denise Lane, East Stroudsburg, PA 18302**<br>**Parcel: 9/17/B/1/44**<br>Line from *Schedule A/B*: __1.1__ | $87,775.00 | ☑ $87,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(3)(B) |
| Brief description:<br>**Clothes, shoes & Apparel.**<br>Line from *Schedule A/B*: __11__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1), (2) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Local 202 Teamsters Union Defined benefits Plan**<br>**Not property of Estate per 11 USC Section 541**<br>Line from *Schedule A/B*:  **21** | Unknown | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(b)(1)(vii) |

Fill in this information to identify your case:

Debtor 1: **Anthony**     **Capasso, Jr.**
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known): **5:19-bk-02032**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| | $15,582.00 | $12,000.00 | $3,582.00 |

**2.1**

**Capital One Auto Finance**
Creditor's name
**PO Box 259407**
Number   Street

**Plano**    **TX**    **75025**
City   State   ZIP Code

Describe the property that secures the claim:
**2018 Mitsubishi Mirage (approx. 18,000 miles)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Car Loan**

Date debt was incurred **9/1/2018**    Last 4 digits of account number **1 2 2 6**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$15,582.00**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

Debtor 1 **Anthony Capasso, Jr.** Case number (if known) **5:19-bk-02032**

**Part 1: Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

---

**2.2**
**Carrington Mortgage Services LLC**
Creditor's name
**1600 South Douglass Road**
Number    Street

**Anaheim        CA    92806**
City           State   ZIP Code

**Describe the property that secures the claim:**
**Bronx**

Column A: **$997,485.00**   Column B: **$450,000.00**   Column C: **$547,485.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Mortgage**

Date debt was incurred _____    Last 4 digits of account number  **2 7 8 2**

---

**2.3**
**JPMCB Auto Finance**
Creditor's name
**PO Box 901003**
Number    Street

**Fort Worth      TX    76101**
City           State   ZIP Code

**Describe the property that secures the claim:**
**2016 Subaru Legacy (approx. 186,000 miles)**

Column A: **$13,895.00**   Column B: **$5,000.00**   Column C: **$8,895.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Motor Vehicle Loan**

Date debt was incurred  **12/11/2015**    Last 4 digits of account number  **1 7 4 2**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$1,011,380.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   **$1,026,962.00**

| Debtor 1 | Anthony Capasso, Jr. | Case number (if known) | 5:19-bk-02032 |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Carrington Mortgage Services** | On which line in Part 1 did you enter the creditor? | 2.2 |
| | Name | | |
| | **PO Box 5001** | Last 4 digits of account number | 2 7 8 2 |
| | Number      Street | | |
| | | | |
| | | | |
| | **Westfield                              IN       46074** | | |
| | City                                    State   ZIP Code | | |

Fill in this information to identify your case:

Debtor 1 **Anthony**          **Capasso, Jr.**
        First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **5:19-bk-02032**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☒ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**
_____  _____  _____

Priority Creditor's Name               **Last 4 digits of account number** __ __ __ __

Number    Street               **When was the debt incurred?** _____

                                                          **As of the date you file, the claim is:** Check all that apply.
                                                          ☐ Contingent
                                                          ☐ Unliquidated
                                                          ☐ Disputed

City       State     ZIP Code

**Who incurred the debt?** Check one.              **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only                                 ☐ Domestic support obligations
☐ Debtor 2 only                                 ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only            ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another         intoxicated
☐ **Check if this claim is for a community debt**   ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1    Anthony Capasso, Jr.      Case number (if known) 5:19-bk-02032

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**      **$1,393.00**

**JPMCB Card Services**
Nonpriority Creditor's Name
**PO Box 15369**
Number   Street

**Wilmington**    **DE**    **19850**
City    State    ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Beyond statute of limitations**

Last 4 digits of account number   **1 2 6 9**
When was the debt incurred?   **2002**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Line of Credit**

---

**4.2**      **$1,142.00**

**JPMCB Card Services**
Nonpriority Creditor's Name
**PO Box 15369**
Number   Street

**Wilmington**    **DE**    **19850**
City    State    ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1 1 4 6**
When was the debt incurred?   **3/2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3 — $219.00

**Shell Citibank CBNA**
Nonpriority Creditor's Name
**PO Box 6497**
Number   Street

**Sioux Falls**    **SD**    **57117-6497**
City    State    ZIP Code

Last 4 digits of account number   **3 9 2 3**
When was the debt incurred?   **5/2019**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 4.4 — Unknown

**SYNCB/WAL-MART**
Nonpriority Creditor's Name
**PO BOX 965024**
Number   Street

**Orlando**    **FL**    **32896**
City    State    ZIP Code

Last 4 digits of account number   **9 0 4 3**
When was the debt incurred?   **5/2019**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1  Anthony Capasso, Jr.  Case number (if known) 5:19-bk-02032

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | Total claim |
|---|---|---|
| 6a. | **Domestic support obligations** | 6a. $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

**Total claims from Part 2**

|  |  | Total claim |
|---|---|---|
| 6f. | **Student loans** | 6f. $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $2,754.00 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. $2,754.00 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Anthony** _____ **Capasso, Jr.** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | _____ _____ _____ |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DIST. OF PENNSYLVANIA** |
| Case number (if known) | **5:19-bk-02032** |

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**   **State what the contract or lease is for**

**Fill in this information to identify your case:**

Debtor 1: **Anthony** **Capasso, Jr.**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known): **5:19-bk-02032**

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Anthony Capasso, Jr.**
Anthony Capasso, Jr., Debtor 1

Date **09/19/2019**
MM / DD / YYYY

X _____
Signature of Debtor 2

Date _____
MM / DD / YYYY