In re:                                                                Case No. 19-02032-RNO
Anthony Capasso, Jr                                                   Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 2          Date Rcvd: Oct 21, 2019
                             Form ID: 318              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
```
db             +Anthony Capasso, Jr,   278 Denise Lane,    East Stroudsburg, PA 18302-8282
5256121        +Ann B. Capasso,   278 Denise Lane,    East Stroudsburg, PA 18302-8282
5256122        +Betty Capasso,   278 Denise Lane,    East Stroudsburg, PA 18302-8282
5256117        +Carrington Mortgage Services,    PO Box 5001,   Westfield, IN 46074-5001
5197078        +Carrington Mortgage Services LLC,    PO Box 79001,   Phoenix AZ 85062-9001
5256115        +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
5256116        +JPMCB Auto Finance,   PO Box 901003,   Fort Worth, TX 76101-2003
5256125         NYS Assessment Receivables,   PO Box 4128,   Binghamton, NY 13902-4128
5256124         New York State Dept of Taxation & Finance,   Bankruptcy Section,   PO Box 5300,
                 Albany, NY 12205-0300
5256119         Shell Citibank CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: AISACG.COM Oct 21 2019 22:58:00    Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
cr             +EDI: PRA.COM Oct 21 2019 22:58:00    PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
5197079         EDI: BANKAMER.COM Oct 21 2019 22:58:00    Bank of America,   PO Box 15019,
                 Wilmington DE 19850-5019
5256114        +EDI: CAPONEAUTO.COM Oct 21 2019 22:58:00    Capital One Auto Finance,   PO Box 259407,
                 Plano, TX 75025-9407
5204114        +EDI: AISACG.COM Oct 21 2019 22:58:00    Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
5245539        +EDI: CAPONEAUTO.COM Oct 21 2019 22:58:00    Capital One Auto Finance, a division of Capital On,
                 PO Box 60511,   City Of Industry CA 91716, CA 91716-0511
5256123         EDI: IRS.COM Oct 21 2019 22:58:00    Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
5256118        +EDI: CHASE.COM Oct 21 2019 22:58:00    JPMCB Card Services,   PO Box 15369,
                 Wilmington, DE 19850-5369
5203258         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 21 2019 18:56:24
                 Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5256120        +EDI: RMSC.COM Oct 21 2019 22:58:00    SYNCB/WAL-MART,   PO Box 965024,
                 Orlando, FL 32896-5024
5198310        +EDI: RMSC.COM Oct 21 2019 22:58:00    Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 11
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5197080         P.C Richards and Sons Credit,   My Sychrony
                                                                     TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
```
              J. Zac Christman   on behalf of Debtor 1 Anthony  Capasso, Jr zac@fisherchristman.com,
              office@fisherchristman.com
              James  Warmbrodt   on behalf of Creditor  BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John J Martin (Trustee)   pa36@ecfcbis.com,   trusteemartin@martin-law.net
              John J. Martin   on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net,
              kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
              1@notify.bestcase.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | **Anthony Capasso Jr** | Social Security number or ITIN **xxx–xx–2901** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Middle District of Pennsylvania**

Case number: **5:19–bk–02032–RNO**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony Capasso Jr

**By the court:**

_Robt N. Opel II_

10/21/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: PRadginsk, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---