IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ANTHONY CAPASSO, JR., | : | 5-19-02032-RNO |
| DEBTOR(S) | : | CHAPTER 7 |

## CERTIFICATE OF NO OBJECTION TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL BANKRUPTCY ESTATE'S LEGAL TITLE IN PERSONAL PROPERTY TO DEBTOR

I, John J. Martin, Esquire, do hereby certify that no objections have been filed to the Chapter 7 Trustee's Motion to Sell Bankruptcy Estate's Legal Title in Personal Property to Debtor, and the time period to file objections has elapsed.

Dated: December 2, 2019

/s/ John J. Martin
John Martin, Esq.
1022 Court Street
Honesdale, Pa. 18431
(570) 253-6899
Counsel to the Chapter 7 Trustee
jmartin@martin-law.net