**Arvind Nath Rawal**
**AIS Portfolio Services, LP**
**4515 N. Santa Fe Ave.**
**Oklahoma City, OK 73118**
**(800)946-0332 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANTHONY CAPASSO, JR | § | CASE NO. 19-02032-RNO-7 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR(S) | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER ___2_____**

COMES NOW, AIS Portfolio Services, LP, bankruptcy servicer for Capital One Auto Finance, a division of Capital One, N.A., and files this its Notice of Withdrawal of Proof of Claim Number ___2_____ filed by Ambrish Patel and requests that its Claim filed in the above-styled and numbered case on _09/13/2019_ be withdrawn.

Respectfully submitted,

/s/ Arvind Nath Rawal
Arvind Nath Rawal
AIS PORTFOLIO SERVICES, LP
4515 N. SANTA FE AVE.
OKLAHOMA CITY, OK 73118
(800)946-0332

BANKRUPTCY SERVICER FOR
Capital One Auto Finance, a division of Capital One, N.A.

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 8th day of April, 2021.

                                        /s/ Arvind Nath Rawal
                                        Arvind Nath Rawal

**DEBTOR ATTORNEY:**

J Z Christman
530 Main Street
Stroudsburg, PA 18360

**TRUSTEE:**

John J Martin
Trustee of the U.S. Bankruptcy Court
1022 Court St
Honesdale, PA 18431