UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

## REPORT OF PRIVATE SALE
(For Chapter 7, 11 or 13 Cases)

IN RE: :
ANTHONY CAPASSO, JR. :
: 5-19-02032
:
      DEBTOR(S) : CHAPTER 7

**DATE OF SALE**: 02/10/2022      **DEBTOR'S ATTORNEY**: J. Zac Christman

1. TRUSTEE: John J. Martin

2. TRUSTEE'S ATTORNEY: John J. Martin, Esq.

3. PURCHASER: Debtor

4. RELATIONSHIP TO DEBTOR: None

5. DESCRIPTION OF ASSET/PROPERTY: Debtor's Non-Exempt Equity In Real Property Located at 278 Denise Lane, East Stroudsburg, PA 18302.

6. CONTRACT (STIPULATION) SALES PRICE: $15,000.00

7. GROSS SALES PRICE: $15,000.00

8. NET TO SELLER: $15,000.00

9. OTHER COSTS: n/a

10. NET AMOUNT TO ESTATE: $15,000.00

11. THERE WERE NO OBJECTIONS TO THIS SALE

                                            JOHN J. MARTIN, CHAPTER 7 TRUSTEE

DATED: February 13, 2022