# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: CAPASSO, ANTHONY, JR         Case No. 5:19-02032-MJC

       Chapter 7

        Debtor

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 10, 2019. The undersigned trustee was appointed on May 10, 2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     15,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4.60 |
| Bank service fees | 304.65 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 14,690.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/06/2019 and the deadline for filing governmental claims was 11/06/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $73.40, for total expenses of $73.40.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/15/2022       By: /s/JOHN J. MARTIN, TRUSTEE
                           Trustee, Bar No.: 580440

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:19-02032-MJC  **Trustee:** (580440) JOHN J. MARTIN, TRUSTEE
**Case Name:** CAPASSO, ANTHONY, JR  **Filed (f) or Converted (c):** 05/10/19 (f)
 **§341(a) Meeting Date:** 07/03/19
**Period Ending:** 02/15/22  **Claims Bar Date:** 12/06/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  278 DENISE LANE, EAST STROUDSBURG, PA 18302 | 87,775.00 | 0.00 | | 0.00 | FA |
| 2  1942 CHATTERTON AVE, BRONX NY 10472 PROPERTY SURRENDERED | 450,000.00 | 0.00 | | 0.00 | FA |
| 3  2016 Subaru Legacy, 186000 miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 4  2018 Mitsiubishi Mirage, 18000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 5  2004 Jeep Wrangler, 168754 miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6  Misc. household goods and furnishings | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7  Misc. electronics (TVs, Cell Phones, Computers, | 800.00 | 800.00 | | 0.00 | FA |
| 8  9mm handgun | 350.00 | 350.00 | | 0.00 | FA |
| 9  Clothes, shoes & Apparel | 300.00 | 300.00 | | 0.00 | FA |
| 10  Wedding bank & milsc minor items. | 200.00 | 200.00 | | 0.00 | FA |
| 11  Checking account PNC Bank | 45.00 | 45.00 | | 0.00 | FA |
| 12  Checking account ESSA Bank & Trust | 2,104.00 | 2,104.00 | | 0.00 | FA |
| 13  Savings account Capital One | 225.00 | 225.00 | | 0.00 | FA |
| 14  Other financial account Merrill Edge | 897.00 | 897.00 | | 0.00 | FA |
| 15  Local 202 Teamsters Union Defined benefits Plan Not property of the estate per 11 USC Section 541 | Unknown | Unknown | | 0.00 | FA |
| 16  NON-EXEMPT EQUITY IN PERSONAL PROPERTY (See Footnote) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 17  Cash | 86.00 | 0.00 | | 0.00 | FA |
| 17  Assets  Totals (Excluding unknown values) | $563,282.00 | $23,421.00 | | $15,000.00 | $0.00 |

RE PROP# 16  ASSET #16 IS A COMPILATION OF ASSETS #5,#*,#10,#14 & #17

**Major Activities Affecting Case Closing:**

TFR UNDER REVIEW W/UST

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:19-02032-MJC  **Trustee:** (580440)  JOHN J. MARTIN, TRUSTEE
**Case Name:** CAPASSO, ANTHONY, JR  **Filed (f) or Converted (c):** 05/10/19 (f)
  **§341(a) Meeting Date:** 07/03/19
**Period Ending:** 02/15/22  **Claims Bar Date:** 12/06/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** November 1, 2020  **Current Projected Date Of Final Report (TFR):** February 15, 2022 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 5:19-02032-MJC
**Case Name:** CAPASSO, ANTHONY, JR
**Taxpayer ID #:** **-***6691
**Period Ending:** 02/15/22

**Trustee:** JOHN J. MARTIN, TRUSTEE (580440)
**Bank Name:** Mechanics Bank
**Account:** ******0866 - Checking Account
**Blanket Bond:** $8,132,694.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/19 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER MOTION TO SELL INTEREST IN PERSONAL PROPERTY DATED 12/3/19 | 1129-000 | 400.00 | | 400.00 |
| 12/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 395.00 |
| 01/06/20 | 101 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2020 FOR CASE #5-19-02032-RO | 2300-000 | | 0.24 | 394.76 |
| 01/10/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF PERSONAL PROPERTY | 1129-000 | 400.00 | | 794.76 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 789.76 |
| 02/21/20 | 102 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2020 FOR CASE #5-19-02032-RO | 2300-000 | | 0.01 | 789.75 |
| 02/26/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER RE: SALE OF PERSONAL PROPERTY | 1129-000 | 400.00 | | 1,189.75 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,184.75 |
| 03/12/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NONEXEMPT EQUITY IN PERSONAL PROPERTY | 1129-000 | 400.00 | | 1,584.75 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,579.75 |
| 04/09/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NONEXEMPT PERSONAL PROPERTY | 1129-000 | 400.00 | | 1,979.75 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,974.75 |
| 05/04/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF PERSONAL PROPERTY | 1129-000 | 400.00 | | 2,374.75 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,369.75 |
| 06/01/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NONEXEMPT PERSONAL PROPERTY | 1129-000 | 400.00 | | 2,769.75 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,764.75 |
| 07/06/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NON-EXEMPT EQUITY IN PERSONAL PROPERTY | 1129-000 | 400.00 | | 3,164.75 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.01 | 3,159.74 |
| 08/06/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NON EXEMPT EQUITY | 1129-000 | 400.00 | | 3,559.74 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.34 | 3,554.40 |
| 09/03/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NONEXEMPT EQUITY TO DEBTOR | 1129-000 | 400.00 | | 3,954.40 |
| | | | Subtotals : | | $4,000.00 | $45.60 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 5:19-02032-MJC  
**Case Name:** CAPASSO, ANTHONY, JR  
**Taxpayer ID #:** **-***6691  
**Period Ending:** 02/15/22

**Trustee:** JOHN J. MARTIN, TRUSTEE (580440)  
**Bank Name:** Mechanics Bank  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 6.61 | 3,947.79 |
| 10/08/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NON EXEMPT EQUITY IN PERSONAL PROPERTY | 1129-000 | 400.00 | | 4,347.79 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 6.67 | 4,341.12 |
| 11/10/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING STIPULATION/SETTLEMENT | 1129-000 | 400.00 | | 4,741.12 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 7.04 | 4,734.08 |
| 12/07/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SETTLEMENT/STIP | 1129-000 | 850.00 | | 5,584.08 |
| 12/21/20 | 103 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/21/2020 FOR CASE #5-19-02032-RO | 2300-000 | | 4.35 | 5,579.73 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 9.04 | 5,570.69 |
| 01/06/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER APPROVING STIPULATION/SETTLEMENT | 1129-000 | 850.00 | | 6,420.69 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 9.31 | 6,411.38 |
| 02/09/21 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING MOTION TO SELL PERSONAL PROPERTY | 1129-000 | 850.00 | | 7,261.38 |
| 02/23/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 7,261.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,350.00 | 7,350.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,261.38 | |
| | | | **Subtotal** | | 7,350.00 | 88.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,350.00** | **$88.62** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 5:19-02032-MJC  
**Case Name:** CAPASSO, ANTHONY, JR  

**Taxpayer ID #:** **-***6691  
**Period Ending:** 02/15/22

**Trustee:** JOHN J. MARTIN, TRUSTEE (580440)  
**Bank Name:** People's United Bank  
**Account:** ******6709 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 7,261.38 | | 7,261.38 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 10.04 | 7,251.34 |
| 03/05/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 8,101.34 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 13.82 | 8,087.52 |
| 04/01/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 8,937.52 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 14.23 | 8,923.29 |
| 05/06/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 9,773.29 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 14.30 | 9,758.99 |
| 06/08/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 10,608.99 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 18.11 | 10,590.88 |
| 07/21/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 11,440.88 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 17.15 | 11,423.73 |
| 08/09/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 12,273.73 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 20.48 | 12,253.25 |
| 09/15/21 | {16} | ANTHONY CAPASSO | PER STIPULATION | 1129-000 | 850.00 | | 13,103.25 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,083.03 |
| 10/07/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2449 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2449 | 9999-000 | | 13,083.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,211.38 | 13,211.38 | $0.00 |
| | | | Less: Bank Transfers | | 7,261.38 | 13,083.03 | |
| | | | **Subtotal** | | 5,950.00 | 128.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,950.00** | **$128.35** | |

{} Asset reference(s)  
Printed 02/15/2022 09:27 AM  V.20.40

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 5:19-02032-MJC  
**Case Name:** CAPASSO, ANTHONY, JR

**Taxpayer ID #:** **-***6691  
**Period Ending:** 02/15/22

**Trustee:** JOHN J. MARTIN, TRUSTEE (580440)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0816 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 13,083.03 | | 13,083.03 |
| 10/11/21 | {16} | ANTHONY CAPASSO, JR. | PER COURT ORDER | 1129-000 | 850.00 | | 13,933.03 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 20.99 | 13,912.04 |
| 11/22/21 | {16} | ANTHONY CAPASSO, JR. | PER COURT ORDER | 1129-000 | 850.00 | | 14,762.04 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 24.10 | 14,737.94 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 24.40 | 14,713.54 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 22.79 | 14,690.75 |
| | | | ACCOUNT TOTALS | | 14,783.03 | 92.28 | $14,690.75 |
| | | | Less: Bank Transfers | | 13,083.03 | 0.00 | |
| | | | **Subtotal** | | **1,700.00** | **92.28** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,700.00** | **$92.28** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0866** | 7,350.00 | 88.62 | 0.00 |
| **Checking # ******6709** | 5,950.00 | 128.35 | 0.00 |
| **Checking # ******0816** | 1,700.00 | 92.28 | 14,690.75 |
| | $15,000.00 | $309.25 | $14,690.75 |

# Exhibit C Claims Register

## Case: 5:19-02032-MJC    CAPASSO, ANTHONY, JR

Claims Bar Date: 12/06/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1A | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128<br><5800-00  Claims of Governmental Units>,  570 | Priority<br>05/24/19 | OK-PRIORITY | $451.32<br>$451.32 | $0.00 | $451.32 |
| 1B | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/24/19 | OK UNSECURED | $31.62<br>$31.62 | $0.00 | $31.62 |
| 2 | CAPITAL ONE AUTO<br>PO BOX 60511<br>CITY OF INDUSTRY, CA 91716<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>05/10/19 | NOT SECURED AGAINST FUNDS TO BE DISTRIBUTED | $16,640.68<br>$0.00 | $0.00 | $0.00 |
| 3 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/04/19 | OK UNSECURED | $60.82<br>$60.82 | $0.00 | $60.82 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK, VA 23541<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/06/19 | OK UNSECURED | $4,128.30<br>$4,128.30 | $0.00 | $4,128.30 |
| 5 | NEW YORK STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/15/20 | OK UNSECURED | $2,030.66<br>$2,030.66 | $0.00 | $2,030.66 |
| 6 | JPMCB CARD SERVICES<br>PO BOX 15369<br>WILMINGTON, DE 19850<br><7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>05/10/19 | 1269<br>OK. TARDILY FILED. | $1,393.00<br>$1,393.00 | $0.00 | $1,393.00 |

Case 5:19-bk-02032-MJC    Doc 76    Filed 03/11/22    Entered 03/11/22 13:35:58    Desc
Main Document      Page 9 of 13

# Exhibit C Claims Register

**Case:** 5:19-02032-MJC   CAPASSO, ANTHONY, JR

Claims Bar Date: 12/06/19

| Claim Number | Claimant Name / &lt;Category&gt;, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | JPMCB CARD SERVICES<br>PO BOX 15369<br><br>WILMINGTON, DE 19850<br>&lt;7200-00  Tardy General Unsecured § 726(a)(3)&gt;,  620 | Unsecured<br>05/10/19 | 1146<br><br>OK. TARDILY FILED. | $1,142.00<br>$1,142.00 | $0.00 | $1,142.00 |
| 8 | SHELL CITIBANK CBNA<br>PO BOX 6497<br><br>SIOUX FALLS, SD 57117<br>&lt;7200-00  Tardy General Unsecured § 726(a)(3)&gt;,  620 | Unsecured<br>05/10/19 | 3923<br><br>OK-TARDILY FILED | $219.00<br>$219.00 | $0.00 | $219.00 |
| ADMIN | JOHN J. MARTIN, TRUSTEE<br>1022 COURT STREET<br>HONESDALE, PA 18431<br>&lt;2100-00  Trustee Compensation&gt;,  200 | Admin Ch. 7<br>05/10/19 | | $2,250.00<br>$2,250.00 | $0.00 | $2,250.00 |
| ADMIN | JOHN J. MARTIN, TRUSTEE<br>1022 COURT STREET<br>HONESDALE, PA 18431<br>&lt;2200-00  Trustee Expenses&gt;,  200 | Admin Ch. 7<br>05/10/19 | | $73.40<br>$73.40 | $0.00 | $73.40 |
| ADMIN | JOHN J. MARTIN, ESQ.<br>1022 COURT STREET<br><br>HONESDALE, PA 18431<br>&lt;3110-00  Attorney for Trustee Fees (Trustee Firm)&gt;,  200 | Admin Ch. 7<br>01/30/22 | <br><br>TO BE NOTICED WITH TFR | $2,950.00<br>$2,950.00 | $0.00 | $2,950.00 |
| | | | **Case Total:** | | $0.00 | $14,730.12 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 5:19-02032-MJC
Case Name: CAPASSO, ANTHONY, JR
Trustee Name: JOHN J. MARTIN, TRUSTEE

**Balance on hand:** $ 14,690.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | CAPITAL ONE AUTO | 16,640.68 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,690.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN J. MARTIN, TRUSTEE | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - JOHN J. MARTIN, TRUSTEE | 73.40 | 0.00 | 73.40 |
| Attorney for Trustee, Fees - JOHN J. MARTIN, ESQ. | 2,950.00 | 0.00 | 2,950.00 |

Total to be paid for chapter 7 administration expenses: $ 5,273.40
Remaining balance: $ 9,417.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,417.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $451.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | PENNSYLVANIA DEPARTMENT OF REVENUE | 451.32 | 0.00 | 451.32 |

**UST Form 101-7-TFR (05/1/2011)**

|   | Total to be paid for priority claims: | $ | 451.32 |
|---|---|---|---|
|   | Remaining balance: | $ | 8,966.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,251.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | PENNSYLVANIA DEPARTMENT OF REVENUE | 31.62 | 0.00 | 31.62 |
| 3 | PYOD, LLC | 60.82 | 0.00 | 60.82 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 4,128.30 | 0.00 | 4,128.30 |
| 5 | NEW YORK STATE DEPT OF TAXATION & FINANCE | 2,030.66 | 0.00 | 2,030.66 |

|   | Total to be paid for timely general unsecured claims: | $ | 6,251.40 |
|---|---|---|---|
|   | Remaining balance: | $ | 2,714.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,754.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 98.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | JPMCB CARD SERVICES | 1,393.00 | 0.00 | 1,373.09 |
| 7 | JPMCB CARD SERVICES | 1,142.00 | 0.00 | 1,125.67 |
| 8 | SHELL CITIBANK CBNA | 219.00 | 0.00 | 215.87 |

|   | Total to be paid for tardy general unsecured claims: | $ | 2,714.63 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**