JOHN J. MARTIN, TRUSTEE
1022 COURT STREET
HONESDALE, PA  18431
(570) 253-6899
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: CAPASSO, ANTHONY, JR      Case No. 5:19-02032-MJC
     Chapter 7
_____,
    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOHN J. MARTIN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $563,282.00 *(without deducting any secured claims)* | Assets Exempt: $87,861.00 |
| Total Distribution to Claimants: $9,417.35 | Claims Discharged Without Payment: $39.37 |
| Total Expenses of Administration: $5,582.65 | |

    3)  Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $16,640.68 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,582.65 | 5,582.65 | 5,582.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 451.32 | 451.32 | 451.32 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,510.08 | 9,005.40 | 9,005.40 | 8,966.03 |
| **TOTAL DISBURSEMENTS** | $7,510.08 | $31,680.05 | $15,039.37 | $15,000.00 |

4) This case was originally filed under Chapter 7 on May 10, 2019. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2022   By: /s/JOHN J. MARTIN, TRUSTEE
                          Trustee, Bar No.: 580440

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| NON-EXEMPT EQUITY IN PERSONAL PROPERTY | 1129-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE AUTO | 4110-000 | N/A | 16,640.68 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$16,640.68** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN J. MARTIN, TRUSTEE | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| Trustee Expenses - JOHN J. MARTIN, TRUSTEE | 2200-000 | N/A | 73.40 | 73.40 | 73.40 |
| Attorney for Trustee Fees (Trustee Firm) - JOHN J. MARTIN, ESQ. | 3110-000 | N/A | 2,950.00 | 2,950.00 | 2,950.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - INTERNATIONAL SURETIES, INC. | 2300-000 | N/A | 0.24 | 0.24 | 0.24 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - INTERNATIONAL SURETIES, INC. | 2300-000 | N/A | 0.01 | 0.01 | 0.01 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.01 | 5.01 | 5.01 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.34 | 5.34 | 5.34 |
| Other - Mechanics Bank | 2600-000 | N/A | 6.61 | 6.61 | 6.61 |
| Other - Mechanics Bank | 2600-000 | N/A | 6.67 | 6.67 | 6.67 |
| Other - Mechanics Bank | 2600-000 | N/A | 7.04 | 7.04 | 7.04 |
| Other - INTERNATIONAL SURETIES, INC. | 2300-000 | N/A | 4.35 | 4.35 | 4.35 |
| Other - Mechanics Bank | 2600-000 | N/A | 9.04 | 9.04 | 9.04 |
| Other - Mechanics Bank | 2600-000 | N/A | 9.31 | 9.31 | 9.31 |
| Other - People's United Bank | 2600-000 | N/A | 10.04 | 10.04 | 10.04 |
| Other - People's United Bank | 2600-000 | N/A | 13.82 | 13.82 | 13.82 |
| Other - People's United Bank | 2600-000 | N/A | 14.23 | 14.23 | 14.23 |
| Other - People's United Bank | 2600-000 | N/A | 14.30 | 14.30 | 14.30 |
| Other - People's United Bank | 2600-000 | N/A | 18.11 | 18.11 | 18.11 |
| Other - People's United Bank | 2600-000 | N/A | 17.15 | 17.15 | 17.15 |
| Other - People's United Bank | 2600-000 | N/A | 20.48 | 20.48 | 20.48 |
| Other - People's United Bank | 2600-000 | N/A | 20.22 | 20.22 | 20.22 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 20.99 | 20.99 | 20.99 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 24.10 | 24.10 | 24.10 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 24.40 | 24.40 | 24.40 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 22.79 | 22.79 | 22.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,582.65 | $5,582.65 | $5,582.65 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | PENNSYLVANIA DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 451.32 | 451.32 | 451.32 |
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $451.32 | $451.32 | $451.32 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | PENNSYLVANIA DEPARTMENT OF REVENUE | 7100-000 | N/A | 31.62 | 31.62 | 31.62 |
| 3 | PYOD, LLC | 7100-000 | N/A | 60.82 | 60.82 | 60.82 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | N/A | 4,128.30 | 4,128.30 | 4,128.30 |
| 5 | NEW YORK STATE DEPT OF TAXATION & FINANCE | 7100-000 | 2,002.08 | 2,030.66 | 2,030.66 | 2,030.66 |
| 6 | JPMCB CARD SERVICES | 7200-000 | 2,786.00 | 1,393.00 | 1,393.00 | 1,373.09 |
| 7 | JPMCB CARD SERVICES | 7200-000 | 2,284.00 | 1,142.00 | 1,142.00 | 1,125.67 |
| 8 | SHELL CITIBANK CBNA | 7200-000 | 438.00 | 219.00 | 219.00 | 215.87 |
| NOTFILED | SYNCB/WAL-MART | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,510.08 | $9,005.40 | $9,005.40 | $8,966.03 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:19-02032-MJC  **Trustee:** (580440) JOHN J. MARTIN, TRUSTEE
**Case Name:** CAPASSO, ANTHONY, JR  **Filed (f) or Converted (c):** 05/10/19 (f)
  **§341(a) Meeting Date:** 07/03/19
**Period Ending:** 09/08/22  **Claims Bar Date:** 12/06/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 278 DENISE LANE, EAST STROUDSBURG, PA 18302 | 87,775.00 | 0.00 | | 0.00 | FA |
| 2 | 1942 CHATTERTON AVE, BRONX NY 10472 PROPERTY SURRENDERED | 450,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Subaru Legacy, 186000 miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2018 Mitsiubishi Mirage, 18000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2004 Jeep Wrangler, 168754 miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6 | Misc. household goods and furnishings | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7 | Misc. electronics (TVs, Cell Phones, Computers, | 800.00 | 800.00 | | 0.00 | FA |
| 8 | 9mm handgun | 350.00 | 350.00 | | 0.00 | FA |
| 9 | Clothes, shoes & Apparel | 300.00 | 300.00 | | 0.00 | FA |
| 10 | Wedding bank & milsc minor items. | 200.00 | 200.00 | | 0.00 | FA |
| 11 | Checking account PNC Bank | 45.00 | 45.00 | | 0.00 | FA |
| 12 | Checking account ESSA Bank & Trust | 2,104.00 | 2,104.00 | | 0.00 | FA |
| 13 | Savings account Capital One | 225.00 | 225.00 | | 0.00 | FA |
| 14 | Other financial account Merrill Edge | 897.00 | 897.00 | | 0.00 | FA |
| 15 | Local 202 Teamsters Union Defined benefits Plan Not property of the estate per 11 USC Section 541 | Unknown | Unknown | | 0.00 | FA |
| 16 | NON-EXEMPT EQUITY IN PERSONAL PROPERTY (See Footnote) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 17 | Cash | 86.00 | 0.00 | | 0.00 | FA |
| 17 Assets | Totals (Excluding unknown values) | $563,282.00 | $23,421.00 | | $15,000.00 | $0.00 |

RE PROP# 16   ASSET #16 IS A COMPILATION OF ASSETS #5,#*,#10,#14 & #17

**Major Activities Affecting Case Closing:**

TDR UNDER REVIEW W/UST.

CASE REVIEW - 6/23/22

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:19-02032-MJC  **Trustee:** (580440) JOHN J. MARTIN, TRUSTEE
**Case Name:** CAPASSO, ANTHONY, JR  **Filed (f) or Converted (c):** 05/10/19 (f)
  **§341(a) Meeting Date:** 07/03/19
**Period Ending:** 09/08/22  **Claims Bar Date:** 12/06/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** November 1, 2020  **Current Projected Date Of Final Report (TFR):** February 15, 2022 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 5:19-02032-MJC  
**Case Name:** CAPASSO, ANTHONY, JR  

**Taxpayer ID #:** **-***6691  
**Period Ending:** 09/08/22  

**Trustee:** JOHN J. MARTIN, TRUSTEE (580440)  
**Bank Name:** Mechanics Bank  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/19 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER MOTION TO SELL INTEREST IN PERSONAL PROPERTY DATED 12/3/19 | 1129-000 | 400.00 | | 400.00 |
| 12/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 395.00 |
| 01/06/20 | 101 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2020 FOR CASE #5-19-02032-RO | 2300-000 | | 0.24 | 394.76 |
| 01/10/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF PERSONAL PROPERTY | 1129-000 | 400.00 | | 794.76 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 789.76 |
| 02/21/20 | 102 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2020 FOR CASE #5-19-02032-RO | 2300-000 | | 0.01 | 789.75 |
| 02/26/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER RE: SALE OF PERSONAL PROPERTY | 1129-000 | 400.00 | | 1,189.75 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,184.75 |
| 03/12/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NONEXEMPT EQUITY IN PERSONAL PROPERTY | 1129-000 | 400.00 | | 1,584.75 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,579.75 |
| 04/09/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NONEXEMPT PERSONAL PROPERTY | 1129-000 | 400.00 | | 1,979.75 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,974.75 |
| 05/04/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF PERSONAL PROPERTY | 1129-000 | 400.00 | | 2,374.75 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,369.75 |
| 06/01/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NONEXEMPT PERSONAL PROPERTY | 1129-000 | 400.00 | | 2,769.75 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,764.75 |
| 07/06/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NON-EXEMPT EQUITY IN PERSONAL PROPERTY | 1129-000 | 400.00 | | 3,164.75 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.01 | 3,159.74 |
| 08/06/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NON EXEMPT EQUITY | 1129-000 | 400.00 | | 3,559.74 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.34 | 3,554.40 |
| 09/03/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NONEXEMPT EQUITY TO DEBTOR | 1129-000 | 400.00 | | 3,954.40 |

Subtotals :  $4,000.00   $45.60

{} Asset reference(s)   Printed: 09/08/2022 09:53 AM   V.20.45

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 5:19-02032-MJC | | Trustee: | JOHN J. MARTIN, TRUSTEE (580440) |
|---|---|---|---|---|
| Case Name: | CAPASSO, ANTHONY, JR | | Bank Name: | Mechanics Bank |
| | | | Account: | ******0866 - Checking Account |
| Taxpayer ID #: | **-***6691 | | Blanket Bond: | $8,132,694.00 (per case limit) |
| Period Ending: | 09/08/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 6.61 | 3,947.79 |
| 10/08/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SALE OF NON EXEMPT EQUITY IN PERSONAL PROPERTY | 1129-000 | 400.00 | | 4,347.79 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 6.67 | 4,341.12 |
| 11/10/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING STIPULATION/SETTLEMENT | 1129-000 | 400.00 | | 4,741.12 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 7.04 | 4,734.08 |
| 12/07/20 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING SETTLEMENT/STIP | 1129-000 | 850.00 | | 5,584.08 |
| 12/21/20 | 103 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/21/2020 FOR CASE #5-19-02032-RO | 2300-000 | | 4.35 | 5,579.73 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 9.04 | 5,570.69 |
| 01/06/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER APPROVING STIPULATION/SETTLEMENT | 1129-000 | 850.00 | | 6,420.69 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 9.31 | 6,411.38 |
| 02/09/21 | {16} | ANTHONY CAPASSO | AS PER COURT ORDER APPROVING MOTION TO SELL PERSONAL PROPERTY | 1129-000 | 850.00 | | 7,261.38 |
| 02/23/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 7,261.38 | 0.00 |

| | ACCOUNT TOTALS | 7,350.00 | 7,350.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 7,261.38 | |
| | **Subtotal** | 7,350.00 | 88.62 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$7,350.00** | **$88.62** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 5:19-02032-MJC | **Trustee:** | JOHN J. MARTIN, TRUSTEE (580440) | |
| **Case Name:** | CAPASSO, ANTHONY, JR | **Bank Name:** | People's United Bank | |
| | | **Account:** | ******6709 - Checking Account | |
| **Taxpayer ID #:** | **-***6691 | **Blanket Bond:** | $8,132,694.00 (per case limit) | |
| **Period Ending:** | 09/08/22 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 7,261.38 | | 7,261.38 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 10.04 | 7,251.34 |
| 03/05/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 8,101.34 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 13.82 | 8,087.52 |
| 04/01/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 8,937.52 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 14.23 | 8,923.29 |
| 05/06/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 9,773.29 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 14.30 | 9,758.99 |
| 06/08/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 10,608.99 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 18.11 | 10,590.88 |
| 07/21/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 11,440.88 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 17.15 | 11,423.73 |
| 08/09/21 | {16} | ANTHONY CAPASSO, JR. | AS PER COURT ORDER | 1129-000 | 850.00 | | 12,273.73 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 20.48 | 12,253.25 |
| 09/15/21 | {16} | ANTHONY CAPASSO | PER STIPULATION | 1129-000 | 850.00 | | 13,103.25 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,083.03 |
| 10/07/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2449 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2449 | 9999-000 | | 13,083.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,211.38 | 13,211.38 | $0.00 |
| | | | Less: Bank Transfers | | 7,261.38 | 13,083.03 | |
| | | | **Subtotal** | | **5,950.00** | **128.35** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,950.00** | **$128.35** | |

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 5:19-02032-MJC  
**Case Name:** CAPASSO, ANTHONY, JR  
**Taxpayer ID #:** **-***6691  
**Period Ending:** 09/08/22  

**Trustee:** JOHN J. MARTIN, TRUSTEE (580440)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0816 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 13,083.03 | | 13,083.03 |
| 10/11/21 | {16} | ANTHONY CAPASSO, JR. | PER COURT ORDER | 1129-000 | 850.00 | | 13,933.03 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 20.99 | 13,912.04 |
| 11/22/21 | {16} | ANTHONY CAPASSO, JR. | PER COURT ORDER | 1129-000 | 850.00 | | 14,762.04 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 24.10 | 14,737.94 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 24.40 | 14,713.54 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 22.79 | 14,690.75 |
| 05/31/22 | 20104 | JOHN J. MARTIN, TRUSTEE | Dividend paid 100.00% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 2,250.00 | 12,440.75 |
| 05/31/22 | 20105 | JOHN J. MARTIN, ESQ. | Dividend paid 100.00% on $2,950.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,950.00 | 9,490.75 |
| 05/31/22 | 20106 | JOHN J. MARTIN, TRUSTEE | Dividend paid 100.00% on $73.40, Trustee Expenses; Reference: | 2200-000 | | 73.40 | 9,417.35 |
| 05/31/22 | 20107 | PENNSYLVANIA DEPARTMENT OF REVENUE | Dividend paid 100.00% on $451.32; Claim# 1A; Filed: $451.32; Reference: | 5800-000 | | 451.32 | 8,966.03 |
| 05/31/22 | 20108 | PENNSYLVANIA DEPARTMENT OF REVENUE | Dividend paid 100.00% on $31.62; Claim# 1B; Filed: $31.62; Reference: | 7100-000 | | 31.62 | 8,934.41 |
| 05/31/22 | 20109 | PYOD, LLC | Dividend paid 100.00% on $60.82; Claim# 3; Filed: $60.82; Reference: | 7100-000 | | 60.82 | 8,873.59 |
| 05/31/22 | 20110 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Dividend paid 100.00% on $4,128.30; Claim# 4; Filed: $4,128.30; Reference: | 7100-000 | | 4,128.30 | 4,745.29 |
| 05/31/22 | 20111 | NEW YORK STATE DEPT OF TAXATION & FINANCE | Dividend paid 100.00% on $2,030.66; Claim# 5; Filed: $2,030.66; Reference: | 7100-000 | | 2,030.66 | 2,714.63 |
| 05/31/22 | 20112 | JPMCB CARD SERVICES | Dividend paid 98.57% on $1,393.00; Claim# 6; Filed: $1,393.00; Reference: 1269 | 7200-000 | | 1,373.09 | 1,341.54 |
| 05/31/22 | 20113 | JPMCB CARD SERVICES | Dividend paid 98.57% on $1,142.00; Claim# 7; Filed: $1,142.00; Reference: 1146 | 7200-000 | | 1,125.67 | 215.87 |
| 05/31/22 | 20114 | SHELL CITIBANK CBNA | Dividend paid 98.57% on $219.00; Claim# 8; Filed: $219.00; Reference: 3923 | 7200-000 | | 215.87 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 14,783.03 | 14,783.03 | $0.00 |
| | Less: Bank Transfers | 13,083.03 | 0.00 | |
| | **Subtotal** | **1,700.00** | **14,783.03** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$1,700.00** | **$14,783.03** | |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 5:19-02032-MJC | **Trustee:** JOHN J. MARTIN, TRUSTEE (580440) |
| **Case Name:** CAPASSO, ANTHONY, JR | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******0816 - Checking Account |
| **Taxpayer ID #:** **-***6691 | **Blanket Bond:** $8,132,694.00 (per case limit) |
| **Period Ending:** 09/08/22 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0866** | 7,350.00 | 88.62 | 0.00 |
| **Checking # ******6709** | 5,950.00 | 128.35 | 0.00 |
| **Checking # ******0816** | 1,700.00 | 14,783.03 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |